1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                       CENTRAL DISTRICT OF CALIFORNIA

9

10  VICKI LYNN VIZCARRA CHISM,            )   Case No. EDCV 12-1569 R (FFM)
                                          )
11                        Plaintiff,      )   ORDER ACCEPTING FINDINGS,
                                          )   CONCLUSIONS AND
12            v.                          )   RECOMMENDATIONS OF
                                          )   UNITED STATES MAGISTRATE JUDGE
13  CAROLYN W. COLVIN, Acting             )
    Commissioner of Social Security,      )
14                                        )
                          Defendant.      )
15                                        )
    _____       )

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records

17  and files herein, and the Report and Recommendation of United States Magistrate Judge.

18  Plaintiff has not filed any written Objections to the Report.  The Court concurs with and

19  accepts the findings, conclusions and recommendations of the Magistrate Judge.

20        IT IS ORDERED that Judgment be entered dismissing this action without prejudice

21  for failure to prosecute.

22

23  DATED:  April 15, 2013

24                                        _____

25                                             MANUEL L. REAL
                                            United States District Judge

26

27

28