# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI LYNN VIZCARRA CHISM,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 12-1569 R (FFM)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that plaintiff take nothing by her Complaint and that this action is dismissed without prejudice.

DATED:  April 15, 2013

                  MANUEL L. REAL
                 United States District Judge